M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
**MESSNER REEVES, LLP**
8945 West Russell Road, Suite 300
Las Vegas, NV 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:        rfinch@messner.com
                   cmeyer@messner.com
*Attorneys for Defendant*
*State Farm Mutual Automobile Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHALENENA DREW, individually,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, an insurance company, DOES 1-25 and XYZ Corporations 1-25, inclusive, respectively,<br><br>Defendants. | Case No.:  2:23-cv-01627<br><br>**STIPULATION AND ORDER FOR DISMISSAL** |

IT IS HEREBY STIPULATED by and between Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY through its counsel of record, M. CALEB MEYER, ESQ. and RENEE M. FINCH, ESQ. of MESSNER REEVES LLP, and Plaintiff SHALENENA DREW, through her counsel SEAN P. ROSE, ESQ. of ROSE LAW OFFICE, that all claims against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY arising out of Case No. 2:23-cv-01627 be dismissed with prejudice in its entirety.

1. Plaintiff filed her Complaint on or about September 15, 2023;

2. This matter reached a resolution prior to Defendant filing an Answer to Plaintiff's Complaint;

3. This matter was removed to this Court on October 9, 2023; the parties mutually agreed to resolve this action prior to the FRCP 26(f) conference being scheduled;

4. The Parties have been able to reach a mutually acceptable resolution to this matter which is memorialized in the Settlement and Release Agreement executed contemporaneous hereto;

5. In reaching the resolution STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY does not admit any liability and continues to deny the allegations in the Complaint; Nonetheless, Plaintiff hereby stipulates to waive any and all claims against Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY and dismiss this action with prejudice in exchange for the agreed to resolution;

6. The parties also hereby stipulate, and this court hereby orders, that this settlement is deemed a good faith settlement. Therefore, any and all claims by any other party against STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY are hereby extinguished;

7. There is no trial date currently set in this matter;

8. For the above-outlined reasons, the parties hereby stipulate to dismiss the present litigation, with prejudice;

///
///
///
///
///
///
///
///
///

Each of the parties to bear their own attorney's fees and costs.

IT IS RESPECTFULLY SUBMITTED.

DATED this 21ST day of November, 2023.

MESSNER REEVES, LLP.

/s/ Renee M. Finch
M. Caleb Meyer, Esq.
Nevada Bar No. 13379
Renee M. Finch, Esq.
Nevada Bar No. 13118
8945 W. Russell Rd., Ste. 300
Las Vegas, NV 89148
Attorneys for Defendant State Farm Mutual Automobile Insurance Company

Based on the parties' stipulation and with good cause appearing, this case is dismissed with prejudice with each party to bear its own costs and fees. Plaintiff's motions to remand and change venue **[ECF Nos. 5 & 9] are DENIED as moot** and the hearing set for January 17, 2024, [ECF No. 11] is **VACATED. The Clerk of Court is directed to CLOSE THIS CASE**.

DATED this 20 day of November, 2023.

ROSE LAW OFFICE

Sean R. Rose, Esq.
Nevada Bar No. 5472
150 West Huffaker Lane, Ste. 101
Reno, NV 89511
*Attorney for Plaintiff*

DATED this 20th day of November, 2023.

ROSE LAW OFFICE

Travis Gerber, Esq.
Nevada Bar No. 8083
Zachary Gerber, Esq.
Nevada Bar No. 13128
491 4th Elko
Elko, NV 89801
*Attorney for Plaintiff*

IT IS SO ORDERED.

_____
United States District Judge

DATED this 21st day of November, 2023.